No. 85-1401.  TEMPLE UNIVERSITY v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 85-1411.  MCCALLUM v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 85-1415.  WOLFENBARGER ET AL. v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 85-1453.  COLORADO FLYING ACADEMY, INC., ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85-1483.  MAIKOVSKIS v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 85-1559.  POSNER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85-1560.  RUBIO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 85-1605.  RHODES ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85-1651.  WNEV-TV, NEW ENGLAND TELEVISION CORP. v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1228, AFL-CIO.  C. A. 1st Cir.  Certiorari denied.

No. 85-1685.  HERBERT v. LANDO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85-1732.  TAKAHASHI v. BOARD OF TRUSTEES OF LIVINGSTON UNION SCHOOL DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85-1733.  MCANINCH, EXECUTOR OF THE ESTATE OF MCANINCH, ET AL. v. TRADERS NATIONAL BANK OF KANSAS CITY.  C. A. 8th Cir.  Certiorari denied.

No. 85-1740.  KANANEN ET UX. v. SUN BANK OKEECHOBEE, FKA COMMERCIAL BANK OKEECHOBEE, FLORIDA, ET AL.  Dist.